IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CONSTRUCTION LABOR CONTRACTORS, INC. U.S.A. f/u/b of Construction Labor Contractors, Inc., <br><br>and<br><br>UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF CONSTRUCTION LABOR CONTRACTORS, INC., <br><br>    Plaintiff(s), <br><br>    v. <br><br>SAN JOSE CONSTRUCTION GROUP, INC., <br><br>and<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY, <br><br>    Defendants. | Case No. CCB02CV3737 |
| SAN JOSE CONSTRUCTION GROUP, INC., <br><br>and<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY, <br><br>    Third-Party Plaintiffs, <br><br>    v. | |

| | |
|---|---|
| DISTRICT OF COLUMBIA REFRIGERANT CONTROL COMPANY, INC., D/B/A TWIN AIR<br>a District of Columbia Corporation,<br>3201 Alabama Avenue, S.E.<br>Washington, D.C. 20020-1439<br><br>  SERVE:  Alvin Vinson<br>             President<br>             3201 Alabama Avenue, S.E.<br>             Washington, D.C. 20020- 1439<br><br>                     **Third-Party Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF DISMISSAL

COMES NOW Third Party Plaintiffs San Jose Construction Group, Inc. and United States Fidelity & Guaranty Company, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), file their Notice of Dismissal for the above-captioned case, and state:

1. The third-party defendant, District of Columbia Refrigerant Control, Inc., d/b/a Twin Air, has not served an Answer or a Motion for Summary Judgment.

WHEREFORE, Plaintiffs San Jose Construction Group, Inc. and United States Fidelity and Guaranty Company, Inc., file this Notice of Dismissal and respectfully request that the Court dismiss the third-party complaint without prejudice.

Dated: April 9, 2003

        Respectfully Submitted,
        SAN JOSE CONSTRUCTION GROUP, INC. and
        UNITED STATES FIDELITY & GUARANTY
        COMPANY


        _____/s/_____
        J. Brian Cashmere
        (Md. U.S.D.C. Bar No.: 14170)
        Watt, Tieder, Hoffar & Fitzgerald, LLP
        7929 Westpark Drive, Suite 400
        McLean, VA 22102
        Tel: (703) 749-1000
        Fax: (703) 893-8029