IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CONSTRUCTION LABOR CONTRACTORS, INC. U.S.A. f/u/b of Construction Labor Contractors, Inc., </br></br> and </br></br> UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF CONSTRUCTION LABOR CONTRACTORS, INC., </br></br> Plaintiff(s), </br></br> v. </br></br> SAN JOSE CONSTRUCTION GROUP, INC., </br></br> and </br></br> UNITED STATES FIDELITY AND GUARANTY COMPANY, </br></br> Defendants. | Case No. CCB02CV3737 |
| SAN JOSE CONSTRUCTION GROUP, INC., </br></br> and </br></br> UNITED STATES FIDELITY AND GUARANTY COMPANY, </br></br> Third-Party Plaintiffs, </br></br> v. </br></br> DISTRICT OF COLUMBIA REFRIGERANT | |

```
CONTROL COMPANY, INC., D/B/A TWIN    )
AIR                                   )
a District of Columbia Corporation,   )
3201 Alabama Avenue, S.E.             )
Washington, D.C. 20020-1439           )
                                      )
  SERVE:  Alvin Vinson                )
          President                    )
          3201 Alabama Avenue, S.E.    )
          Washington, D.C. 20020-1439 )
                                      )
            Third-Party Defendant.    )
                                      )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2003 a copy of Third-Party Plaintiffs San Jose Construction Group, Inc. and United States Fidelity & Guaranty Company's Notice of Dismissal, which was electronically filed in this case on April 9, 2003, was mailed via first class mail, postage prepaid, to Tracy S. Kissler, Esq., Cawthorn, Picard & Rowe, P.C., 3905 Railroad Avenue, Suite 202N, Fairfax, VA 22030 and to Alvin Vinson, President, District of Columbia Refrigerant Control Company, Inc., D/B/A Twin Air, 3201 Alabama Avenue, SE, Washington, D.C. 20020.

/s/
J. Brian Cashmere
(Md. U.S.D.C. Bar No.: 14170)
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029