## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**For the use and benefit of**<br>**CONSTRUCTION LABOR CONTRACTORS,**<br>**INC.** ) ) ) ) | |
| **And** ) ) | |
| **CONSTRUCTION LABOR CONTRACTORS,**<br>**INC.** ) ) ) | |
| **Plaintiffs,** ) ) | **Case No. 02-CV3737** |
| **vs.** ) ) | |
| **SAN JOSE CONSTRUCTION GROUP, INC.**) ) | |
| **and** ) ) | |
| **UNITED STATES FIDELITY AND**<br>**GUARANTY COMPANY** ) ) ) | |
| **Defendants.** ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), the parties herein respectfully advise the Court that the above named matter has been settled and is hereby dismissed with prejudice as to all claims and parties.

_____/s/_____

J. Brian Cashmere, Esquire
(Md. USDC Bar No.: 14170)
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102-4224
Phone: 703/749-1000
Fax: 703/893-8029
*Attorneys for Defendants.*
*San Jose Construction Group, Inc. and*
*United States Fidelity & Guaranty Company*

__/s/_____

Tracy S. Kissler, Esq.
(signed by J. Brian Cashmere with permission of Tracy S. Kissler)
Cawthorn, Picard & Rowe, P.C.
3905 Railroad Avenue
Suite 202N
Fairfax, VA 22030
Telephone:  703/352-5066
Facsimile:  703/352-5122
*Counsel for Plaintiffs*