IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CONSTRUCTION LABOR CONTRACTORS, INC. U.S.A. f/u/b of Construction Labor Contractors, Inc., <br><br> and <br><br> UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF CONSTRUCTION LABOR CONTRACTORS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> SAN JOSE CONSTRUCTION GROUP, INC., <br><br> and <br><br> UNITED STATES FIDELITY AND GUARANTY COMPANY, <br><br> Defendants. | Case No. CCB02CV3737 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2003 a copy of the parties' Stipulation of Dismissal, which was electronically filed in this case on April 10, 2003, was mailed via first class mail, postage prepaid, to Tracy S. Kissler, Esq., Cawthorn, Picard & Rowe, P.C., 3905 Railroad Avenue, Suite 202N, Fairfax, VA 22030.

2

_____/s/_____
J. Brian Cashmere
(Md. U.S.D.C. Bar No.: 14170)
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029